**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Garagesocial, Inc.

       Plaintiff

          CIVIL ACTION

      V.

          NO. 24cv13187-BEM

The Hagerty Group, LLC and
Member Hubs Holdings LLC

       Defendants


**<u>ORDER OF DISMISSAL</u>**


<u>Murphy, D. J.</u>


      In accordance with the Court's Memorandum and Order [ECF #29] dated <u>6/13/2025</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


             By the Court,


<u>June 13, 2025</u>            <u>/s/Marlene Martins</u>
   Date                      Deputy Clerk